298 So.2d 260

**In re Alfred J. GAMBLE**

**v.**

**Ida Bernice GAMBLE.**

**Ex parte Alfred J. Gamble.**

**SC 906.**

Supreme Court of Alabama.

July 25, 1974.

Ball, Ball, Matthews & Lamar, Tabor R. Novak, Jr., Montgomery, for petitioner.

No brief for respondent.

McCALL, Justice.

Petition of Alfred J. Gamble for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in Gamble v. Gamble, 53 Ala.App. 168, 298 So.2d 254.

Writ denied.

HEFLIN, C. J., and COLEMAN, BLOODWORTH and JONES, JJ., concur.

298 So.2d 633

**In re John E. GARNER**

**v.**

**STATE.**

**Ex parte John E. Garner.**

**SC 865.**

Supreme Court of Alabama.

July 11, 1974.

Rehearing Denied Aug. 15, 1974.

Elno A. Smith, Jr., Montgomery, for petitioner.

William J. Baxley, Atty. Gen., and Charles Price, Asst. Atty. Gen., for the State.

HARWOOD, Justice.

Petition of John E. Garner for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Garner v. State, 53 Ala. App. 209, 298 So.2d 630.

Writ denied.

HEFLIN, C. J., and MERRILL, MADDOX and FAULKNER, JJ., concur.

297 So.2d 391

**In re Early Lee GASKIN**

**v.**

**STATE.**

**Ex parte Early Lee Gaskin.**

**SC 801.**

Supreme Court of Alabama.

May 9, 1974.

E. E. Ball, Bay Minette, for petitioner.

No brief for the State.

HARWOOD, Justice.

Petition of Early Lee Gaskin for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Gaskin v. State, 53 Ala.App. 64, 297 So.2d 388.

Writ denied.

HEFLIN, C. J., and MERRILL, MADDOX and FAULKNER, JJ., concur.